UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DUSTIN PUGEAU                                   CIVIL ACTION

VERSUS                                          NO. 12-00045

DONNIE ADAMS, ET AL.                            SECTION: "F"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the instant matter is transferred to the United State District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 10th day of FEB., 2012.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE